```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 07-60976-CIV-ZLOCH
                              MAGISTRATE JUDGE P. A. WHITE
RONNIE GREENE,            :

     Plaintiff,           :

v.                        :        REPORT OF
                                MAGISTRATE JUDGE
MICHAEL BIGWOOD, et al., :

     Defendants.          :
_____
```

In July 2007, the plaintiff Ronnie Greene filed a pro se civil rights complaint in this case pursuant to 42 U.S.C. §1983. He was then a state prisoner confined at DeSoto CI Annex, serving sentences imposed in Broward criminal Cases No. 97-07401 and 04-11333 on charges that are apparently are unrelated to the subject matter of this case.

After a Preliminary Report and an Order of partial dismissal, the case remained pending as to five Lauderhill police officers (Bigwood, Geronimo, Floyd, Butkus, and Iovino) on §1983 claims of excessive force and failure to intervene, and related pendent state tort claims [for battery] in relation to plaintiff's arrest on June 3, 2005.

**This Cause is before the Court upon: 1) the defendants' joint motion for summary judgment (DE# 31), and 2) the defendants' Notice of Plaintiff's Failure to Comply with Pre-Trial Order and Order Concerning Motion for Summary Judgment (DE# 34).**

At the outset of the Case an initial Order of Instructions (DE# 5) was entered, which in pertinent part cautioned the plaintiff of his duty to actively pursue this case, obtain any essential discovery, file all necessary pleadings and motions and otherwise comply with all scheduling orders and prepare the case for trial. The Order explicitly cautioned the plaintiff that his failure to do this would probably result in dismissal of the case for lack of prosecution. (DE# 5, p.4 at ¶11).

On November 6, 2007, a Pretrial Scheduling Order (DE# 29) was entered and sent to the plaintiff and defendants. The Scheduling Order, which established deadlines for completion of pretrial procedures, including discovery and the filing motions, also required Plaintiff to file a Pretrial Statement by April 4, 2008, in accordance with provided instructions, and cautioned that failure to do so could result in dismissal of the case for lack of prosecution.

On February 12, 2007, plaintiff filed a Notice of Change of Address, indicating that he is no longer incarcerated, and that his new address was 3121 NW 47th Terrace, Lauderdale Lakes, FL 33319. As a litigant who is no longer incarcerated, plaintiff Greene's filings are no longer subject to the "mail box rule," and like any non-incarcerated litigant must timely file his pleadings and other documents with the Clerk of Court on or before the date on which they are due.

On February 25, 2008, the defendants filed their motion for summary judgment (DE# 31) and mailed plaintiff's copy to the above-referenced 47th Terrace address; and on February 26, an Order of Instructions was entered by the Court and mailed to that same address, informing plaintiff of his right to respond to the defendants' summary judgment motion on or before March 21, 2008.

As noted in the defendants' Notice (DE# 34), and shown by the Court's CM/EC. Docket Sheet, the plaintiff neither responded to the defendants' pending motion for summary judgment by March 21, 2008, nor filed his Pretrial Statement which was due to be filed with the Clerk on or before April 4, 2008.

The plaintiff has filed nothing in the case since the February 2008 Notice of Change of Address advising the Court of his release to the street. He has filed no inquiry regarding the status of his lawsuit; it appears that he may have abandoned the case; and as discussed, <u>supra</u>, he had failed to comply with Court Orders requiring him to actively pursue his claims, and prepare the matter

for trial.

It is therefore recommended that: 1) the operative complaint be dismissed, for lack of prosecution, pursuant to Fed.R.Civ.P. 41(b), and this District's Local Rule 41.1.; 2) the joint motion for summary judgment by the defendants (DE# 31), be dismissed, without prejudice; and 3) this case be closed.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated: April 10TH, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Ronnie Greene, Pro Se
    3121 NW 47th Terrace
    Lauderdale Lakes, FL 33319

    Douglas T. Marx, Esquire
    WALDMAN, FELUREN, HILDEBRANDT
        & TRIGOBOFF, P.A.
    2200 North Commerce Parkway, Suite 202
    Weston, FL 33326