```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 07-60976-CIV-ZLOCH
```

RONNIE GREENE,

    Plaintiff,

vs.                                            **FINAL ORDER OF DISMISSAL**

MICHAEL BIGWOOD, et al.,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 35) filed herein by United States Magistrate Judge Patrick A. White. The Court has conducted a <u>de novo</u> review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report Of Magistrate Judge (DE 35) filed herein by United States Magistrate Judge Patrick A. White, be and the same is hereby approved, ratified and adopted by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED**; and

    3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   30th   day of April, 2008.

 

                           /s/ William J. Zloch
                           WILLIAM J. ZLOCH
                           United States District Judge

Copies furnished:
See attached Mailing List

RONNIE GREENE vs. MICHAEL BIGWOOD, et al.
CASE NO. 07-60976-CIV-ZLOCH

The Honorable Patrick A. White
United States Magistrate Judge

Ronnie Greene, <u>Pro Se</u>
3121 NW 47th Terrace
Lauderdale Lakes, FL 33319

Douglas T. Marx, Esq.
For Defendants